

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00263-CV

In the Interest of **H.O.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-EM5-01553
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that Appellee Carlos Guerrero recover his costs of appeal from Appellant Griselda Ortiz.

SIGNED May 20, 2015.

_____
Karen Angelini, Justice